Second Department. February 28, 1916.) Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs.

William HOLMAN v. Walter R. PATTEN. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion denied, with $10 costs. Order filed.

HOLZMAN COHEN CO. v. Edward P. TEAGUE. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Application granted. Order signed.

Fritz HOLZRICHTER, Respt., v. Everly DAVIS, Applt. (Supreme Court, Appellate Division, First Department. March 17, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

McKie B. HOPKINS v. John R. HOPKINS. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Motion granted, with $10 costs. Order filed.

Mary HORAN, as administratrix, etc., respondent. v. The NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Motion denied, with $10 costs.

Mattie L. HUMPHREY, Respt., v. Lee O. HUMPHREY, Applt. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Order reversed, and motion denied. No opinion. Order filed.

Wilbur HUNT, respondent, v. Cornelius J. CROWLEY, appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Judgment and order of the County Court of Westchester County affirmed, with costs. No opinion. Thomas, Carr, and Putnam, JJ., concur. Jenks, P. J., and Rich, J., dissent.

Selma HUNT. appellant, v. HUBBELL PUBLISHING COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Application denied, with $10 costs.

John HURTZIG, Applt., v. Henry SCHIERENBECK, Respt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Florence E. HUSCHER, as administratrix, etc., of William H. Huscher, deceased, respondent, v. NEW YORK & QUEENS ELECTRIC LIGHT & POWER COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Judgment and orders affirmed, with costs. No opinion. Thomas, Carr, Rich, and Putnam, JJ., concur. Jenks, P. J., dissents, upon the authority of Huscher v. New York & Queens Electric Light & Power Company, 165 App. Div. 241, 151 N. Y. Supp. 144.

David H. HYMAN, Applt., v. John DUNSTON, Respt. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, and order for examination reinstated, the date for the examination to be fixed in the order. No opinion. Settle order on notice.

INTERNATIONAL TRUST CO. v. William GOW et al. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion denied, with $10 costs. Order filed.

Anna JACOBSON v. Ignatz JACOBSON (two cases). (Supreme Court, Appellate Division, First Department. March 24, 1916.) Motions granted, with $10 costs. Orders filed.

Sara JAKOBSON v. Julia C. LAWRENCE. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Application denied, with $10 costs. Order signed.

In the Matter of Eva G. JEFFRIES. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Henry W. JESSUP v. George W. SMITH et al. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion denied, with $10 costs. Order filed.

Frederick L. JOHANNS, Applt., v. Theodore FICKE and ano., Respts. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

JOHN CLARKE ESTATE, respondent, v. The CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. January 28, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

JOHN J. GUINAN CONTRACTING COMPANY, respondent, v. TOPEKA PAVING COMPANY, Inc., appellant. (Supreme Court, Appellate Division. Second Department. January 28, 1916.) The issue relates entirely to the values of labor and materials, which fall under a few classes. The defendant, through its attorney, stated that it was willing to make admissions concerning such matters. Certainly, in view of the condition of the pleadings, aided by such proper concessions, a reference is not necessary. Order reversed, with $10 costs and disbursements, and motion denied, without costs. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

In the Matter of JOHN SHIPWAY & BRO. (Supreme Court, Appellate Division. First Department. February 11, 1916.) Motion granted, with $10 costs. Order filed.